UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRANDON HUNTER-CARNEY,

Defendant.

**UNSEALING ORDER**

26 Mag. 1362

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorneys John Sarlitto and Timothy Deal;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: White Plains, New York
August 14, 2026

Judith C. McCarthy

HONORABLE JUDITH C. MCCARTHY
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK